1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:13-MJ-0192 EFB
12 |                   Plaintiff,      | STIPULATION AND [PROPOSED] ORDER FOR
   |                                   | EXTENSION OF TIME FOR PRELIMINARY
13 |            v.                     | HEARING PURSUANT TO RULE 5.1(d) AND
   |                                   | EXCLUSION OF TIME
14 | ERNIE JUAREZ
   |                                   | DATE: August 6, 2015
15 |                   Defendant.      | TIME: 2:00 p.m.
   |                                   | COURT: Hon. Dale A. Drozd
16

17      Plaintiff United States of America, by and through its attorney of record, Assistant United States
18 Attorney CHRISTIAAN H. HIGHSMITH, and defendant ERNIE JUAREZ, both individually and by
19 and through his counsel of record, BENJAMIN GALLOWAY, hereby stipulate as follows:
20      1.      The Complaint in this case was filed on June 19, 2013, and the defendant first appeared
21 before a judicial officer of the Court in which the charges in this case on June 11, 2015. In the interim,
22 the defendant was in state custody serving a sentence on a separate matter based on underlying facts
23 separate from this case. At the Court's June 11, 2015, hearing, the Court set a preliminary hearing date
24 of June 25, 2015.
25      2.      Following a joint stipulation signed by the parties, filed on June 16, 2015, the Court
26 signed an order setting the preliminary hearing date for August 6, 2015. *See* Order, June 17, 2015 (ECF
27 No. 7).
28      3.      By this stipulation, the parties jointly move for an extension of time of the preliminary

hearing date to August 20, 2015, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, for the government's continuing investigation of the case, and for the parties to evaluate the evidence and consider the possibility of a pre-indictment resolution of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between August 6, 2015, and August 20, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: August 5, 2015                                BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     /s/ CHRISTIAAN H. HIGHSMITH
                                                     CHRISTIAAN H. HIGHSMITH
                                                     Assistant United States Attorney

Dated: August 5, 2015                                /s/ BENJAMIN GALLOWAY
                                                     BENJAMIN GALLOWAY
                                                     Counsel for Defendant
                                                     Ernie Juarez

### [PROPOSED] FINDINGS AND ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 5, 2015. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to August 20, at 2:00 p.m.

2. The time between August 6, 2015, and August 20, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: AUGUST 5, 2015

dad1.crim
juarez0192.stipo.cont.PX

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE